# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3493

_____

ALVA W. FLEMING,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
James Daniel, Judge.

January 14, 2019

PER CURIAM.

While this appeal was pending, the Florida Supreme Court clarified the current state of the law with regards to consecutive sentencing under section 775.087(2)(d), Florida Statutes. The Florida Supreme Court ruled that consecutive sentencing under section 775.087(2)(d) is not available for a crime act that occurred during a single criminal episode involving a single victim or a single injury. *Miller v. State*, 43 Fla. L. Weekly S426 (Fla. Oct 4, 2018). Because the appellant's single episode involved a single victim who incurred a single injury, we are compelled to reverse the consecutive mandatory minimum sentence for count II and require the trial court to impose this sentence concurrently to the sentence for count I.

REVERSED and REMANDED for resentencing.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Brooke Moody, Attorney General; Tabitha Rae Herrera and Kaitlin Weiss, Assistant Attorneys General, Tallahassee, for Appellee.